**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

April 16, 2010

Clerk of Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, NY 13501

RE:  05-65133 Brooks

Dear Clerk:

Rec'd 4/19/10

Enclosed please find check #792262 in the amount of $250.00. Pursuant to the order of confirmation, we have been collecting from the debtor in this case and the debtor has failed to cash debtor refund checks. All attempts to contact and forward checks to this debtor have been unsuccessful. The debtor name and address as listed on the petition is:

| Claim No. 999 | Name | Gary Brooks |
| | Address | 16 Hoodlum Hill Rd. |
| | Address | Binghamton, NY 13905 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

**FILED**
APR 19 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Receipt # 610002 62

Enc.

Very truly yours,

Kristie M. Moore
Account Clerk