**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON                                          MAXSEN CHAMPION
STAFF ATTORNEY                                              STAFF ATTORNEY

June 1, 2010

Clerk of Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, NY 13501

RECEIVED
JUN - 2 ---
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RE:    05-65133 Brooks

Received 6/2/10 KK

Dear Clerk:

Enclosed please find check #795227 in the amount of $500.00. Pursuant to the order of confirmation, we have been collecting from the debtor in this case and the debtor has failed to cash debtor refund checks. All attempts to contact and forward checks to this debtor have been unsuccessful. The debtor name and address as listed on the petition is:

Claim No. 999           Name       Gary Brooks
                        Address    16 Hoodlum Hill Rd.
                        Address    Binghamton, NY 13905

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M Moore

Kristie M. Moore
Account Clerk

Enc.

FILED
JUN -2 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY